## YOUNG *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 29, September Term, 1965.]

*Decided November 12, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, OPPEN-HEIMER and McWILLIAMS, JJ.

PER CURIAM.

On the findings of fact made by Judge Harris in the lower court, the third application of George Terry Young, Jr., for leave to appeal from the order denying him post conviction relief from the sentence of death for rape is hereby denied.

The case of *Mercer v. State,* 237 Md. 479, which was called to our attention by present counsel for the applicant, is not apposite here.

*Application denied.*